**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

April 4, 2025

<u>Via ECF</u>

Hon. Laura Taylor Swain
Chief United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

# MEMO ENDORSED

Re:   <u>United States v. Pedro Peña</u>
      <u>01 Cr. 1136 (TPG) (S.D.N.Y.)</u>

Dear Chief Judge Swain,

    I represent Mr. Pedro Peña in a pending matter with the docket number 24 Mag. 3557 (UA) (S.D.N.Y.). It would assist me in my representation of Mr. Peña to obtain access to the Presentence Investigation Report (PSR) that was prepared in connection with the sentencing of Mr. Peña in the matter captioned *United States v. Pedro Peña*, 01 Cr. 1136 (TPG) (S.D.N.Y). The Government consents to this request. The Probation Department has informed our office that, as a matter of policy, it can only provide copies of prior PSRs pursuant to an order of the sentencing court. Because Mr. Peña's prior matter was presided over by the late Judge Thomas P. Griesa, we respectfully direct this request to Your Honor.

    Accordingly, we respectfully request that the Court endorse this application or issue an order authorizing the Probation Department to release to our office Mr. Peña's PSR from the matter with the docket number 01 Cr. 1136.

    We thank the Court for its consideration of this request.

Respectfully submitted,

/s/

Neil P. Kelly
Assistant Federal Defender
(212) 417-8744

cc:   AUSA Varun Gumaste

The foregoing request is granted.  This resolves docket entry no. 16.  SO ORDERED.

/s/ Laura Taylor Swain, Chief U.S.D.J.
Dated:  April 4, 2025